# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

United States of America
v.

MICHAEL NELSON
*Defendant*

Case No. 1:16-CR-7

FILED 16 JUL -7 PM 2:26

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MICHAEL NELSON,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

COUNT 1 - 18:922(g)(1); FELON IN POSSESSION OF A FIREARM AND FORFEITURE.

Date: 01/27/2016

*Issuing officer's signature*

City and state: Fort Wayne, Indiana

Robert N. Trgovich (lhc), Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 1/29/16, and the person was arrested on *(date)* 1/29/16
at *(city and state)* FORT WAYNE, IN.

Date: 1/29/16

*Arresting officer's signature*

M. MINNICK, DUSM
*Printed name and title*